# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE A. MORMILE,<br><br>                      Plaintiff,<br>v.<br><br>ACCURATE DIAGNOSTIC LABS, INC., RUPEN PATEL, Individually and as Owner, Member, Shareholder Agent, and/or Chief Executive Officer of ACCURATE DIAGNOSTIC LABS, INC., JOHN NORTON, Individually and as Vice President of Sales of ACCURATE DIAGNOSTIC LABS, INC., and NICK MELCHIORRE, Individually and as Vice President and/or General Manager of ACCURATE DIAGNOSTIC LABS, INC.<br><br>                      Defendants. | Docket No.: 1:19-cv-08450<br><br>Civil Action<br><br>**DECLARATION OF CHRISTOPHER G. SALLOUM IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Christopher G. Salloum, hereby declare as follows:

       1.      I am a member in good standing of the bars of the State of New Jersey and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

      2.      Accompanying this Motion as ***Exhibit A*** is a true and correct copy of Certificate of Good Standing, dated **August 23, 2019**, issued by the Supreme Court of New Jersey, and a true and correct copy of Certificate of Good Standing, dated **August 21, 2019**, issued by the Supreme Court of the State of New York, Appellate Division, Third Judicial Department.

3. I have been advised of my obligation to comply with the Local Civil Rules of the United States District Court for the Southern District of New York, including all disciplinary rules.

4. I have obtained an ECF login and password for the Southern District of New York and shall file a Notice of Appearance in the event that this application is granted.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Christopher G. Salloum, Esq.
*Pro Hac Vice* admission pending
3 Becker Farm Road, Suite 105
Roseland, NJ, 07068
Tel. (973) 607-1267
csalloum@lawfirm.ms

Dated: September 11, 2019