EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
-----------------------------------------------------------------X

JACQUELINE A. MORMILE,

                Plaintiff,

-against-

ACCURATE DIAGNOSTIC LABS, INC., RUPEN
PATEL, Individually and as Owner, Member, Shareholder
Agent, and/or Chief Executive Officer of ACCURATE
DIAGNOSTIC LABS, INC., JOHN NORTON,
Individually and as Vice President of Sales of
ACCURATE DIAGNOSTIC LABS, INC., NICK
MELCHIORRE, Individually and as Vice President
and/or General Manager of ACCURATE
DIAGNOSTIC LABS, INC. and, JOHN DOES 1-5

                Defendants.

-----------------------------------------------------------------X

**SUMMONS WITH NOTICE**

**Index No.**_____

Date Filed:_____

Plaintiff designates the County of Rockland as the place of Trial.

The basis of venue designated is Plaintiff resides in said County.

**TO THE ABOVE NAMED DEFENDANTS:**

      **YOU ARE HEREBY SUMMONED** to serve a Notice of Appearance, on Plaintiff's attorney(s) within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear, judgment will be taken against you by default for the relief demanded in the notice set forth below.

Dated: South Nyack, New York
       July 24, 2019

                              **Yours, etc.**

                              FEERICK NUGENT MacCARTNEY PLLC
                              Attorneys for Plaintiff
                              Office and Post Office Address
                              96 South Broadway
                              South Nyack, New York 10960
                              (845) 353-2000

                              By: _____
                                  Donald J. Feerick, Jr.
                                  Mary E. Marzolla

**Notice(s):**

The nature of this action is to recover money damages for fraud, intentional misrepresentation, conspiracy to commit fraud, theft of services, unjust enrichment, quantum merit, and breach of contract. The relief sought is monetary damages.

If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for the sum of $74,000 inclusive of attorneys' fees, with interest from January 1, 2019, and the costs and disbursements of this action.