

Christopher G. Salloum
Associate

direct: 973-607-1267
csalloum@lawfirm.ms

September 18, 2019

**VIA ECF**

The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

    RE:   *Mormile v. Accurate Diagnostic Labs, Inc. et al.*
            **Docket No. 19-cv-08450-LTS-DCF**

Dear Judge Swain:

    We represent defendants, Accurate Diagnostic Labs, Inc., Rupen Patel, John Norton, and Nick Melchiorre (collectively, "Defendants") in the above-referenced matter.

    We understand that, pursuant to Fed. R. Civ. P. 81(c)(2)(C), the time within which Defendants must answer or otherwise move with respect to the Amended Verified Complaint of the plaintiff, Jacqueline A. Mormile ("Plaintiff"), presently expires at 11:59 p.m. today, September 18, 2019.

    With the consent of Mary Marzolla, Esq., and Donald Feerick, Jr., Esq., attorneys for Plaintiff, we are writing to respectfully request, pursuant to Fed. R. Civ. P. 6(b)(1)(A), that the time within which Defendants must answer or otherwise move with respect to Plaintiff's Amended Verified Complaint be extended by fourteen days, through and including **October 2, 2019.** We are seeking this brief extension of time because the Parties are approaching settlement, and require the additional time to finalize the same. No previous extensions of time have been requested or granted.

The Hon. Laura Taylor Swain
September 18, 2019
Page 2



  We thank the Court for its consideration of this request.  Should the Court require any additional information, we will endeavor to provide it.

        Respectfully submitted,

        **MANDELBAUM SALSBURG, P.C.**

By: _____
    Christopher G. Salloum
    *Pro hac vice* admission pending