UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACQUELINE A. MORMILE,

                    Plaintiff,                      19-cv-08450-LTS

   -against-                          **NOTICE OF MOTION**
                                                                             **TO REMAND TO**
ACCURATE DIAGNOSTICE LABS, INC., RUPEN         **STATE COURT**
PATEL, Individually and as Owner, Member, Shareholder,
Agent, and/or Chief Executive Officer of ACCURATE
DIAGNOSTIC LABS, INC., JOHN NORTON,
Individually and as Vice President of Sales of
ACCURATE DIAGNOSTICS LABS, INC., NICK
MELCHIORRE, Individually and as Vice President
And/or General Manager of ACCURATE
DIAGNOSTICS LABS, INC. and, JOHN DOES 1-5,

                    Defendants
------------------------------------------------------------------X

S I R  or  M A D A M :

     **PLEASE TAKE NOTICE THAT**, upon the accompanying Declaration of Mary E. Marzolla, Esq., dated September 30, 2019, the accompanying Memorandum of Law dated September 30, 2019, and all prior pleadings and proceedings herein, Plaintiff moves this Court for an order, pursuant to 28 U.S.C. § 1441, remanding this action to its original forum, the New York State Supreme Court, Rockland County, New York, and an award of attorneys' fees.

     Pursuant to the Hon. Laura Taylor Swain, U.S.D.J.'s Individual Practices provision A., 2., b., moving party has previously used best efforts to resolve informally the matters raised in its submission but have not been able to reach an amicable resolution.

Dated:  South Nyack, New York
         September 30, 2019

                                          **FEERICK NUGENT MacCARTNEY PLLC**

                                          By:   **s/ Mary E. Marzolla**
                                          96 South Broadway

South Nyack, New York  10960
Tel:  (845) 353-2000
Fax:  (845) 353-2789
*Attorneys for Plaintiff*

To:  All Counsel (via ECF)