# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE A. MORMILE,<br><br>Plaintiff,<br><br>v.<br><br>ACCURATE DIAGNOSTIC LABS, INC., RUPEN PATEL, Individually and as Owner, Member, Shareholder Agent, and/or Chief Executive Officer of ACCURATE DIAGNOSTIC LABS, INC., JOHN NORTON, Individually and as Vice President of Sales of ACCURATE DIAGNOSTIC LABS, INC., NICK MELCHIORRE, Individually and as Vice President and/or General Manager of ACCURATE DIAGNOSTIC LABS, INC.<br><br>Defendants. | Docket No. 1:19-cv-08450-LTS-DCF<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-captioned action that plaintiff's complaint in the above-captioned action, and any and all claims asserted therein against all defendants, shall be, and hereby are, dismissed, with prejudice, and without costs against any party.

**FEERICK NUGENT**
**MacCARTNEY, PLLC**
Attorneys for Plaintiff

**MANDELBAUM SALSBURG, P.C.**
Attorneys for Defendants

By: _/s/ Mary Marzolla_
Mary Marzolla, Esq
96 South Broadway
South Nyack, NY 10960

By: _/s/ Christopher G. Salloum_
Christopher G. Salloum, Esq.
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
*Pro Hac Vice* Admission Pending

Dated  October 10, 2019

Dated:  October 10, 2019